RYAN J. LORENZ (SBN 019878)
rlorenz@clarkhill.com
CLARK HILL PLC
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1107
Facsimile: (480) 684-1167

MICHAEL KEELEY
mkeeley@clarkhill.com
(*Motion for Admission Pro Hac Vice Pending*)
C. ADAM BRINKLEY
abrinkley@clarkhill.com
(*Motion for Admission Pro Hac Vice Pending*)
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-4718
Facsimile: (214) 659-4121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DISCOVERY LAND COMPANY, LLC; DISCOVERY LAND ENTERPRISES, LLC; and TAYMOUTH CASTLE DLC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BERKLEY INSURANCE COMPANY; and GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendants. | No. ____________________<br><br>**DEFENDANT BERKLEY INSURANCE COMPANY'S NOTICE OF REMOVAL** |

Defendant Berkley Insurance Company ("BIC") hereby removes this lawsuit from the Superior Court of Arizona, Maricopa County, to the United States District Court for

the District of Arizona, Phoenix Division, pursuant to 28 U.S.C. §§ 1332 and 1441(a), and would respectfully show the Court as follows:

## I. PARTIES

1. Plaintiff Discovery Land Company, LLC ("DLC") is a limited liability company with its principal place of business in Arizona. DLC's members are: 1) the Meldman Family Trust and 2) Westman Development, LLC.

(a) The sole trustee of the Meldman Family Trust is Michael S. Meldman, who is domiciled in and, therefore, a citizen of the State of Arizona.

(b) The members of Westman Development, LLC are: 1) the Meldman Family Trust, a citizen of the State of Arizona, and 2) Casa M Investments, LLC.

(i) The members of Casa M Investments are: 1) the Meldman Family Trust, a citizen of the State of Arizona, 2) the Meldman Family Limited Partnership, and 3) the 2014 MSM Irrevocable Trust.

(1) The general partner of the Meldman Family Limited Partnership is Michael S. Meldman, who is a citizen of the State of Arizona. On information and belief, the limited partners of the Meldman Family Limited Partnership are citizens of the State of Arizona.[1]

(2) The trustees of the 2014 MSM Irrevocable Trust are Schuyler C. Joyner, Joseph L. Arenson, and Charly L. Moore, who each are domiciled in and, therefore, citizens of the State of Arizona.

As a result, for purposes of diversity of citizenship, DLC is a citizen of the State of Arizona,

---

[1] Information concerning the identity of the limited partners of the Meldman Family Limited Partnership is not publicly available and is therefore not reasonably ascertainable. *See Lobaugh v. Am. Family Mut. Ins. Co. SI*, No. CV-19-05511-PHX-DWL, 2019 WL 5549172, at *2 (D. Ariz. Oct. 28, 2019) (citing *Carolina Cas. Ins. Co. v. Team Equipment, Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014)); *see also Sundve v. Costco Wholesale Corp.*, No. CV-19-04485-PHX-DWL, 2019 WL 2515967, at *2 (D. Ariz. June 18, 2019).

but not a citizen of the States of Delaware, Connecticut, or Ohio.

2. Plaintiff Discovery Land Enterprises, LLC ("DLE") is a limited liability company with its principal place of business in Arizona. DLE's members are 1) Westman Development, LLC and 2) Casa M Investments.

(a) For the reasons explained in paragraph 1 above, Westman Development LLC is a citizen of the State of Arizona.

(b) For the reasons explained in paragraph 1 above, Casa M Investments is a citizen of the State of Arizona.

As a result, for purposes of diversity of citizenship, DLE is a citizen of the State of Arizona, but not a citizen of the States of Delaware, Connecticut, or Ohio.

3. Plaintiff Taymouth Castle DLC, LLC ("Taymouth") is a limited liability company with its principal place of business in Arizona. Taymouth's sole member is DLE. For the reasons explained in paragraph 2 above, DLE is a citizen of the State of Arizona. As a result, for purposes of diversity of citizenship, Taymouth is a citizen of the State of Arizona, but not a citizen of the States of Delaware, Connecticut, or Ohio.[2] (DLC, DLE, and Taymouth are referred to herein collectively as the "Plaintiffs").

4. Defendant BIC is an insurance company incorporated in the State of Delaware with its principal place of business in the State of Connecticut. For purposes of diversity of citizenship, BIC is a citizen of Delaware and Connecticut, and not a citizen of

---

[2] The John Paul DeJoria Family Trust ("DeJoria Trust") is a trust that allegedly was involved in the facts underlying this lawsuit. Based upon the facts known to Defendants, it appears the DeJoria Trust is not currently a member of Taymouth or the other Plaintiffs. However, in the event it is determined that the DeJoria Trust is an owner or otherwise involved in the ownership of Taymouth or the other Plaintiffs, and should be included for purposes of diversity analysis, there remains complete diversity between the parties. More specifically, John Paul DeJoria is the sole trustee of the DeJoria Trust. John Paul DeJoria is domiciled in and, therefore, a citizen of the State of Texas. As a result, for purposes of diversity of citizenship, Taymouth would then be a citizen Arizona as a well as a citizen of Texas, but not a citizen of Delaware, Connecticut, or Ohio. Therefore, there would remain complete diversity between the parties.

Arizona or Texas.

5. Defendant Great American Insurance Company ("Great American") is an insurance company incorporated in the State of Ohio with its principal place of business in the State of Ohio. For purposes of diversity of citizenship, Great American is a citizen of Ohio, not a citizen of Arizona or Texas. (BIC and Great American are referred to herein collectively as the "Defendants").

## II. PROCEDURAL BACKGROUND

6. On June 25, 2020, Plaintiffs filed their Complaint (the "Complaint") against Defendants in that certain lawsuit styled *Discovery Land Company, LLC, Discovery Land Enterprises, LLC and Taymouth Castle DLC, LLC v. Berkley Insurance Company and Great American Insurance Company*, Cause No. CV2020-007350, pending in the Superior Court of Arizona, Maricopa County.

7. BIC was served with the Complaint on July 14, 2020. A true and correct copy of the Complaint, the Summons, and Service of Process are attached hereto as Exhibit 1, and incorporated herein by reference.

8. In its Complaint, Plaintiffs allege that BIC breached its contractual obligations under the terms of a Commercial Crime Policy, Policy No. BCCR 45002757-21.

## III. BASIS OF REMOVAL

9. This lawsuit is removable under 28 U.S.C. § 1441(a) based on the original jurisdiction conferred on this Court by 28 U.S.C. § 1332(a)(1). This lawsuit is a civil dispute between citizens of different states. Here, as noted above, the Plaintiffs are citizens of Arizona but not Delaware, Connecticut or Ohio, and the Defendants are citizens of Delaware, Connecticut, and Ohio but not Arizona (or Texas). As a result, there is complete diversity of citizenship between the parties.

10. The amount in controversy in this lawsuit exceeds $75,000, exclusive of

interest and costs, as evidenced by the Complaint, which values Plaintiffs' claims in excess of $300,000. *See* Complaint, ¶16 ("Plaintiffs' claims exceed $300,000 in value.").

## IV. VENUE

11. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the district of this Court embraces Maricopa County, Arizona, the place where the Plaintiffs filed the lawsuit.

## V. REMOVAL REQUIREMENTS

12. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b). This Notice of Removal is filed within thirty days of July 14, 2020, the date BIC was first served with the Complaint, the initial pleading setting forth the claim for relief in the lawsuit. *See* Exhibit 1. This Notice of Removal is also filed within one year of the filing of this lawsuit on June 25, 2020.

13. As required by 28 U.S.C. § 1446(a) and D.Ariz. L.R.Civ. 3.6(b), a true and correct copy of all other filings of record and a verification by counsel for BIC that the attached copies are true and correct copies of those documents, are attached as Exhibits 2 and 3, respectively, and incorporated by reference.

14. As required by 28 U.S.C. § 1446(b)(2)(A), Great American consents to the removal of this case. *See* consent to Removal, attached hereto as Exhibit 4, and incorporated herein by reference.

15. A copy of this Notice of Removal will be promptly filed with the clerk of the state court from which this lawsuit was removed, and will also be served on the Plaintiffs by serving their counsel of record.

16. By filing this Notice of Removal, BIC does not intend to waive any defenses it may have.

Wherefore, Defendant Berkley Insurance Company requests that the Court accept jurisdiction over this case for the reasons set forth above, and grant it such other and further

relief to which it has shown itself justly entitled.

DATED this 3 day of August 2020.

CLARK HILL PLC

*/s/ Ryan J. Lorenz*

RYAN J. LORENZ
rlorenz@clarkhill.com
14850 N. Scottsdale Rd. Ste. 500
Scottsdale, AZ 85254
Tel: (480) 684-1107
Fax: (480) 684-1167

-and-

MICHAEL KEELEY
Texas Bar No. 11157800
mkeeley@clarkhill.com
*Pro Hac Vice Application Pending*[1]
C. ADAM BRINKLEY
Texas Bar No. 24098954
abrinkley@clarkhill.com
*Pro Hac Vice Application Pending*[2]
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel: (214) 651-4300
Fax: (214) 651-4330

*Attorneys for Defendant Berkley Ins. Co.*

---

[1] The Application will be filed in this court, as opposed to the state court from which this matter is removed.

[2] The Application will be filed in this court, as opposed to the state court from which this matter is removed.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record this the 3rd day of August, 2020, via electronic mail.

*/s/ Shonda Ordonez*
Shonda Ordonez