1 Anthony W. Merrill (#022598)
2 Robert F. Kethcart (#023939)
SNELL & WILMER L.L.P.
3 One Arizona Center
400 E. Van Buren, Suite 1900
4 Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
5 Email: amerrill@swlaw.com
        rkethcart@swlaw.com
6 *Attorneys for Plaintiffs*

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF ARIZONA

9

| | |
|---|---|
| 10  Discovery Land Company, LLC; Discovery Land Enterprises, LLC 11  and Taymouth Castle DLC, LLC, | No. 2:20-cv-01541-PHX-JJT |
| 12                Plaintiffs, | **Corporate Disclosure Statement of Discovery Land Company, LLC** |
| 13  v. | |
| 14  Berkley Insurance Company and Great American Insurance 15  Company, | |
| 16                Defendants. | |

17

18    This Corporate Disclosure Statement is filed on behalf of plaintiff

19 Discovery Land Company, LLC, in compliance with the provisions of: (*check*

20 *one*)

21    _X_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental

22 corporate party to an action in a district court must file a statement that

23 identifies any parent corporation and any publicly held corporation that owns

24 10% or more of its stock or states that there is no such corporation.

25    ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any

26 nongovernmental corporate party to a proceeding in a district court must file

27 a statement that identifies any parent corporation and any publicly held

28

1 corporation that owns 10% or more of its stock or states that there is no such
2 corporation.
3     ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an
4 organizational victim of alleged criminal activity is a corporation the
5 government must file a statement identifying the victim and the statement
6 must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a subsidiary of a publicly owned corporation as listed below.

(Attach additional pages if needed.)

____ Publicly held corporation, not a party to the case, with financial interest in the outcome. List identity of corporation and the nature of the financial interest.

(Attach additional pages if needed.)

_____

____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 19th day of August 2020.

                                                                       SNELL & WILMER L.L.P.

                                    By: s/ Robert F. Kethcart
                                          Anthony W. Merrill
                                          Robert F. Kethcart
                                          *Attorneys for Plaintiffs*

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

## CERTIFICATE OF SERVICE

I certify that, on August 19, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

s/ Tracy Hobbs

4841-2116-2439