# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company LLC, *et al.*, | No. CV-20-01541-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Berkley Insurance Company, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Notices of Discovery Dispute (Docs. 60 and 65).

**IT IS HEREBY ORDERED** that Magistrate Judge John Z. Boyle having been randomly drawn, the current discovery dispute outlined in their Notices of Discovery Dispute (Docs. 60 and 65) is referred to Magistrate Judge Boyle for resolution of those disputes and the determination of any appropriate sanctions.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of Magistrate Judge Boyle within seven days of the date of this Order to facilitate a schedule and plan for the resolution of the discovery matters, with formulation of that schedule and plan left to the sound discretion of the Magistrate Judge.

Dated this 10th day of December, 2021.

Honorable John J. Tuchi
United States District Judge