Ryan J. Lorenz (SBN 019878)
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone:  (480) 684-1107
Facsimile:   (480) 684-1167
rlorenz@clarkhill.com

Michael Keeley, Texas Bar No. 11157800 (*Admitted Pro Hac Vice*)
Charles L. Armstrong, Texas Bar No. 24031598 (*Admitted Pro Hac Vice*)
J. Caralisa Connell, Tennessee Bar No. 036298 (*Admitted Pro Hac Vice*)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 651-4718
Facsimile:   (214) 659-4121
mkeeley@clarkhill.com
carmstrong@clarkhill.com
cconnell@clarkhill.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company, LLC; Discovery Land Enterprises, LLC; and Taymouth Castle DLC, LLC, <br><br>       Plaintiffs, <br><br> v. <br><br> Berkley Insurance Company; and Great American Insurance Company, <br><br>       Defendants. | No.  2:20-cv-01541-JJT <br><br> **BERKLEY INSURANCE COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION OF MICHAEL MELDMAN** |

TO**:**   Plaintiffs Discovery Land Enterprises, LLC, et al. by and through their attorneys of record, Anthony W. Merrill, Robert F. Kethcart, and Catherine T. Barnard, Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, AZ 85004-2202.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant Berkley Insurance Company ("BIC") will take the videotaped deposition of Michael Meldman before a certified court reporter, beginning at 9:00 a.m. on March 7, 2022, and continuing thereafter from day to day until completed, at Discovery Land

1 Company, LLC, 257 N. Canon Drive, 3rd Floor, Beverly Hills, California, 90210, or at
2 another mutually agreed upon place and time.
3     The deposition will be recorded stenographically and will be videotaped and is
4 being taken for the purposes of discovery, for use at trial, and for such other purposes as
5 are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ J. Caralisa Connell*
Michael Keeley, Texas Bar No. 11157800
(*Admitted Pro Hac Vice*)
Charles L. Armstrong, Texas Bar No. 24031598
(*Admitted Pro Hac Vice*)
J. Caralisa Connell, Tennessee Bar No. 036298
(*Admitted Pro Hac Vice*)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 651-4718
Facsimile:   (214) 659-4121
mkeeley@clarkhill.com
carmstrong@clarkhill.com
cconnell@clarkhill.com

-and-

Ryan J. Lorenz (SBN 019878)
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone:  (480) 684-1107
Facsimile:   (480) 684-1167
rlorenz@clarkhill.com

*Attorneys for Defendant/Counter-Plaintiff*
*Berkley Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record this 3rd day of February 2022, via the CM/ECF System for filing, which automatically sends Notice of Electronic Filing to all counsel of record.

*/s/ J. Caralisa Connell*
J. Caralisa Connell