**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Discovery Land Company LLC, et al.,

Plaintiffs,

v.

Berkley Insurance Company, et al.,

Defendants.

No. CV-20-01541-PHX-ROS

**ORDER**

The Court granted Defendants' motions for summary judgment and denied Plaintiffs' cross-motion for summary judgment. (Doc. 219). In that order, the Court directed the parties to file a joint statement indicating whether Defendants' rescission counterclaims are still pending. The parties filed a Joint Statement Addressing Counterclaims (Doc. 220), indicating those counterclaims are moot and do not require resolution by the Court at this time.

Good cause appearing,

**IT IS ORDERED** Defendants' counterclaims are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of Defendants.

Dated this 29th day of March, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge