IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company LLC, et al.,<br>Plaintiffs,<br>v.<br>Berkley Insurance Company, et al.,<br>Defendants. | **NO. CV-20-01541-PHX-ROS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 14, 2013, granting Defendants' Motions for Summary Judgment and the Order filed March 30, 2023, judgment is entered in favor of Defendants.

Debra D. Lucas
District Court Executive/Clerk of Court

March 30, 2023

By s/ Wendy Poth
Deputy Clerk