**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Arizona

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:20-cv-01541-ROS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/03/2020

Date of judgment or order you are appealing: 03/30/2023

Docket entry number of judgment or order you are appealing: 222, 219

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Discovery Land Company, LLC; Discovery Land Enterprises, LLC; and Taymouth Castle DLC, LLC

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Anthony W. Merrill **Date** Apr 25, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Discovery Land Company, LLC
Discovery Land Enterprises, LLC
Taymouth Castle DLC, LLC

Name(s) of counsel (if any):

Anthony W. Merrill
Snell & Wilmer L.L.P.

Address: 1 East Washington Street, Ste. 2700, Phoenix, AZ 85004

Telephone number(s): 602.382.6000

Email(s): amerrill@swlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Berkley Insurance Company

Name(s) of counsel (if any):

Ryan J. Lorenz
Clark Hill PLC

Address: 14850 N. Scottsdale Road, Suite 500, Scottsdale, AZ 85254

Telephone number(s): (480) 684-1107

Email(s): rlorenz@clarkhill.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Berkley Insurance Company

Name(s) of counsel (if any):

Michael Keeley (Admitted Pro Hac Vice); J. Caralisa Connell (Admitted Pro Hac Vice), Clark Hill PLC

Address: 901 Main Street, Suite 6000, Dallas, TX 75202

Telephone number(s): (214) 651-4718

Email(s): mkeeley@clarkhill.com; cconnell@clarkhill.com

---

Name(s) of party/parties:

Great American Insurance Company

Name(s) of counsel (if any):

Jason Covault
May, Potenza, Baran & Gillespie, P.C.

Address: 1850 N. Central Ave., Suite 1600, Phoenix, AZ 85004-0608

Telephone number(s): (602) 252-1900

Email(s): jcovault@maypotenza.com

**Attachment to Representation Statement**

Additional counsel for Appellee Great American Insurance Company:

Michael A. Graziano (admitted *pro hac vice)*
F. Joseph Nealon (admitted *pro hac vice*)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W., 12th Floor
Washington, D.C. 20006
Telephone: 202.659.6600
Email: mgraziano@eckertseamans.com; jnealon@eckertseamans.com