UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DISCOVERY LAND COMPANY, LLC; et al.,

Plaintiffs-Appellants,

v.

BERKLEY INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY,

Defendants-Appellees.

No. 23-15628

D.C. No. 2:20-cv-01541-ROS
District of Arizona,
Phoenix

ORDER

The stipulated motion (Docket Entry No. 24) for partial voluntary dismissal of this appeal is granted. This appeal is dismissed as to appellee Great American Insurance Company only. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the stipulation.

This order served on the district court acts as the mandate of this court as to appellee Great American Insurance Company only.

This appeal will proceed as to the remaining parties.

The answering brief for appellee Berkley Insurance Company remains due December 6, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

OSA167