UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DISCOVERY LAND COMPANY, LLC; DISCOVERY LAND ENTERPRISES, LLC; TAYMOUTH CASTLE DLC, LLC,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>BERKLEY INSURANCE COMPANY,<br><br>Defendant-Appellee. | No. 23-15628<br><br>D.C. No.<br>2:20-cv-01541-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

In light of the parties' joint agreement to dismiss this appeal (Dkt. 53), this case is dismissed with prejudice and without an award of costs to any party. *See* Fed. R. App. P. 42(b). Any pending motions are denied as moot. This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT